| United States Bankruptcy Court<br>Northern District of Illinois<br>Western Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Vierck, Gene, R.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Vierck, Jennifer, A.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Jennifer Eggebrecht;**<br>**fka Jennifer Tesch;**<br>**fdba Bridal Beginnings Consultants** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **7041** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **2409** |
| Street Address of Debtor (No. & Street, City, and State):<br>**633 Union Avenue**<br>**Belvidere, IL**<br><br>ZIP CODE **61008** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**633 Union Avenue**<br>**Belvidere, IL**<br><br>ZIP CODE **61008** |
| County of Residence or of the Principal Place of Business:<br>**Boone** | County of Residence or of the Principal Place of Business:<br>**Boone** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s) **Gene R. Vierck, Jennifer A. Vierck** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X **s/ Henry Repay                                      11/7/2011** _____ Signature of Attorney for Debtor(s)            Date **Henry Repay                                          06199079** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? ☐  Yes, and Exhibit C is attached and made a part of this petition. ☑  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) ☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition. If this is a joint petition: ☑  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. ☐  There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). _____ (Name of landlord that obtained judgment) _____ (Address of landlord) ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. ☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s) |
|---|---|
| *(This page must be completed and filed in every case)* | Gene R. Vierck, Jennifer A. Vierck |

# Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor(s) (Individual/Joint)**

X **s/ Gene R. Vierck**
_____
Signature of Debtor    **Gene R. Vierck**

X **s/ Jennifer A. Vierck**
_____
Signature of Joint Debtor    **Jennifer A. Vierck**

_____
Telephone Number (If not represented by attorney)

**11/7/2011**
_____
Date

**Signature of a Foreign Representative**

X **Not Applicable**
_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

---

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

X **s/ Henry Repay**
_____
Signature of Attorney for Debtor(s)

**Henry Repay  Bar No.  06199079**
_____
Printed Name of Attorney for Debtor(s) / Bar No.

**Law Offices of Henry Repay**
_____
Firm Name

**930 W. Locust  Street Belvidere, IL 61008-4226**
_____
Address

**(815) 547-3369          (815) 544-5429**
_____
Telephone Number

**11/7/2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

## UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Western Division

In re   **Gene R. Vierck   Jennifer A. Vierck**                    Case No. _____
                    Debtor(s)                                              *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D) (12/09) – Cont.**

    ❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

          ❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

          ❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

          ❑   Active military duty in a military combat zone.


    ❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

       **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Gene R. Vierck**
                      **Gene R. Vierck**

Date:  **11/7/2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Western Division

In re    **Gene R. Vierck   Jennifer A. Vierck**                          Case No. _____
                        Debtor(s)                                                                *(if known)*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the **180 days before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

_____

_____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

**B 1D (Official Form 1, Exh. D)  (12/09) – Cont.**

❑   4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

❑   Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

❑   Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

❑   Active military duty in a military combat zone.

❑   5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. ' 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **s/ Jennifer A. Vierck**
                                  **Jennifer A. Vierck**

Date:   **11/7/2011**

B6A (Official Form 6A) (12/07)

In re:   **Gene R. Vierck   Jennifer A. Vierck**                              Case No. _____
                                                                                            **(If known)**
                         **Debtors**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **633 Union Avenue Belvidere, IL 61008** | **Fee Owner** | **J** | **$ 105,000.00** | **$ 101,099.35** |
| | Total ➢ | | **$ 105,000.00** | |

                                                             (Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re  **Gene R. Vierck   Jennifer A. Vierck**_____,        Case No. _____
                                   **Debtors**                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on Hand** | J | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Blackhawk Bank Checking Acct. #XXXX8800** | J | 155.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Harris Bank Checking xxxxxx6986** | J | 1.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Furnishings** | J | 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | J | 300.00 |
| 7. Furs and jewelry. | | **Wedding Rings and Miscellaneous Jewelry** | J | 3,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **American Income Whole Life Insurance Policy** | W | 592.97 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Chicago Council of Carpenters Supplemental Retirement Fund** | H | 186.09 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Gene R. Vierck   Jennifer A. Vierck** _____,      Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | | **Child Support Arrearage David P. Allison** _____ **Woodstock, IL 60090** | **W** | **13,564.74** |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | | **Estimated 2011 Income Tax Refunds** | **J** | **4,000.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Creditor Debt Collection Violations or Mortgage Servicing Violations (Debtors Seeking Legal Advice)** | **J** | **0.00** |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1994 Chevrolet 1500 4WD Pickup Truck (276,008 Miles)** | **J** | **1,075.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Homemade Trailer** | **J** | **250.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Gene R. Vierck    Jennifer A. Vierck** _____ ,  Case No. _____
                                                                    **(If known)**

**Debtors**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

2 continuation sheets attached          Total    ➤    **$  26,134.80**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Gene R. Vierck   Jennifer A. Vierck**                                    Case No. _____
                                  _____                                              (If known)
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1994 Chevrolet 1500 4WD Pickup Truck (276,008 Miles)** | **735 ILCS 5/12-1001(c)** | **1,075.00** | **1,075.00** |
| **633 Union Avenue Belvidere, IL 61008** | **735 ILCS 5/12-901** | **3,900.65** | **105,000.00** |
| **American Income Whole Life Insurance Policy** | **735 ILCS 5/12-1001(f)** | **592.97** | **592.97** |
| **Blackhawk Bank Checking Acct. #XXXX8800** | **735 ILCS 5/12-1001(b)** | **155.00** | **155.00** |
| **Chicago Council of Carpenters Supplemental Retirement Fund** | **735 ILCS 5/12-1006** | **186.09** | **186.09** |
| **Child Support Arrearage David P. Allison** **Woodstock, IL 60090** | **735 ILCS 5/12-1001(g)(4)** | **13,564.74** | **13,564.74** |
| **Clothing** | **735 ILCS 5/12-1001(a),(e)** | **300.00** | **300.00** |
| **Estimated 2011 Income Tax Refunds** | **735 ILCS 5/12-1001(b)** | **4,000.00** | **4,000.00** |
| **Household Goods and Furnishings** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Wedding Rings and Miscellaneous Jewelry** | **735 ILCS 5/12-1001(a),(e)** | **3,000.00** | **3,000.00** |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  **Gene R. Vierck   Jennifer A. Vierck**                          ,          Case No. _____

                                   **Debtors**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  103569 <br><br>BMO Harris Bank <br>CLC Servicing Dept. C <br>PO Box 5043 <br>Rolling Meadows, IL 60008 | | J | Second Lien on Residence <br>633 Union Avenue <br>Belvidere, IL 61008 <br><br>VALUE $105,000.00 | X | X | | 99.35 | 0.00 |
| ACCOUNT NO.  0070626771 <br><br>BMO Harris Bank <br>PO Box 94034 <br>Palatine, IL 60094 <br><br><br>Harris T & S <br>PO Box 755 <br>Chicago, IL 60690-0755 <br><br>Clark Hill PLC <br>Ste. 2700 <br>150 N. Michigan Ave. <br>Chicago, IL 60601 | | J | Mortgage <br>633 Union Avenue <br>Belvidere, IL 61008 <br><br>VALUE $105,000.00 | X | | | 101,000.00 | 0.00 |

<u>0</u>   continuation sheets
attached

Subtotal  ➤
(Total of this page)

Total  ➤
(Use only on last page)

| | |
|---|---|
| $   101,099.35 | $   0.00 |
| $   101,099.35 | $   0.00 |

(Report also on Summary of Schedules)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Gene R. Vierck    Jennifer A. Vierck**                                                         Case No. _____
                                        Debtors                                                                                         (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐   **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                  <u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re    **Gene R. Vierck    Jennifer A. Vierck**                                Case No. _____
_____                                                    (If known)
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column**<br>**Walworth County of Clerk of Courts**<br>**PO Box 1001**<br>**1800 County Road NN**<br>**Elkhorn, WI 53121**<br><br>**P.A.M. LLC**<br>**Collection Services Division**<br>**PO Box 391**<br>**Milwaukee, WI 53201-0391**<br><br>**Professional Placement Services LLC**<br>**272 N. 12th Street**<br>**PO Box 612**<br>**Milwaukee, WI 53201-0612** | | H | **Driving Citations**<br>**1993TR001390,**<br>**1993TR001390-1004,**<br>**1001930,**<br>**2484535** | | X | | 69.00 | 69.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of
Creditors Holding Priority Claims

|  | | |
|---|---|---|
| Subtotals ▷<br>(Totals of this page) | $        69.00 | $        69.00 |$        0.00 |

| Total ▷<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $        69.00 | | |
|---|---|---|---|

| Total ▷<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $        69.00 |$        0.00 |
|---|---|---|---|

B6F (Official Form 6F) (12/07)

In re **Gene R. Vierck    Jennifer A. Vierck**

Case No. _____

Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **4167**<br><br>**Advanced Dental Arts Center**<br>**Dr. Ronald F. Conder**<br>**163 Cadillac Court, Ste. 4**<br>**Belvidere, IL 61008-1737** | | J | **Dental Services** | | X | | 880.00 |
| ACCOUNT NO.    **10528727**<br><br>**American Income Life Insurance Co.**<br>**PO Box 2608**<br>**Waco, TX 76797** | | W | **Life Insurance Premium** | | X | | 135.81 |
| ACCOUNT NO.    **110613095315**<br><br>**AmeriCash Advance LLC**<br>**dba PayDayCashLoans.com**<br>**901 Market St., Ste. 460**<br>**Wilmington, DE 19801** | | H | 06/14/2011<br><br>**Loan** | | X | | 1,225.00 |
| ACCOUNT NO.    **00028399, 2164, 223232**<br><br>**Animal Emergency Clinic of Rockford**<br>**4236 Maray Drive**<br>**Rockford, IL 61107**<br><br><br>**Paytek Solutions**<br>**4821 American Way**<br>**Memphis, TN 38118** | | W | **Veterinary Services** | | X | | 247.00 |

24   Continuation sheets attached

Subtotal ➤ $ **2,487.81**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck    Jennifer A. Vierck**_____    Case No. _____
                          **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | W | | | X | | 446.55 |
| **Applied Bank** **Bankcard Center** **PO Box 17125** **Wilmington, DE 19850-7125** | | | **Miscellaneous Purchases** **4227 0938 9311 1694,** **5255277,** **2183439** | | | | |
| **Law Offices of Weltman, Weinberg & Reis** **525 Vine Street, Ste. 800** **Cincinnati, OH 45202** | | | | | | | |
| **Applied Card Bank** **PO Box 310731** **Boca Raton, FL 33431-0731** | | | | | | | |
| **FJ Borzio** **Applied Card Bank** **800 Delaware Avenue** **Wilmington, DE 19801** | | | | | | | |
| **Cross Country Bank** **PO Box 310731** **Boca Raton, FL 33431-0731** | | | | | | | |
| **Applied Bank** **PO Box 10210** **Wilmington, DE 19850** | | | | | | | |
| **Vision Financial Corp.** **PO Box 900** **Purchase, NY 10577-0900** | | | | | | | |
| **Blatt Hasenmiller Leibsker & Moore** **125 S. Wacker Drive, Ste. 400** **Chicago, IL 60606-4440** | | | | | | | |

Sheet no. _1_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $          446.55

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gene R. Vierck   Jennifer A. Vierck** _____     Case No. _____
                              **Debtors**                                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **119-1, 00286546** <br><br> **Area Chiropractic** <br>**301 N. State Street** <br>**Belvidere, IL 61008** <br><br> **Creditors Protection Service** <br>**202 W. State Street, Ste 300** <br>**Rockford, IL 61101** <br><br> **Dr. Vicki Harrison** <br>**301 N. State Street** <br>**Belvidere, IL 61008** <br><br> **Attorney Nancy Mindrup** <br>**One Court Place, Ste. 101** <br>**Rockford, IL 61101** | | **J** | **Chiropractic Services** <br>**(Possibly Satisfied Claim)** | | **X** | | **645.10** |
| ACCOUNT NO.  **232022909267** <br><br> **AT&T Mobility** <br>**PO Box 6416** <br>**Carol Stream, IL 60197-6416** <br><br> **AT&T Mobility** <br>**5020 Ash Grove Road** <br>**Springfield, IL 62711-6329** | | **W** | **Cellular Services** | | **X** | | **244.36** |
| ACCOUNT NO.  **0067448601** <br><br> **Aurora Emergency Assoc., Ltd.** <br>**Dept 4040 PO Box 3666** <br>**Oak Brook, IL 60522** | | **J** | **Medical Services** | | **X** | | **496.00** |

Sheet no. _2_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $ **1,385.46**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck**                         Case No. _____
_____
**Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **2986**<br><br>**Belvidere Family Pet Clinic**<br>**1231 Logan Avenue**<br>**Belvidere, IL 61008** | | J | **Pet Services** | | X | | 1,389.62 |
| ACCOUNT NO.  **92-7643-871-2, 1281699**<br><br>**Bergners**<br>**Retail Services**<br>**PO Box 15521**<br>**Wilmington, DE 19850-5521**<br><br>**Blatt, Hasenmiller, Leibsker & Moore LLC**<br>**2 N. LaSalle Street, Ste. 900**<br>**Chicago, IL 60602-3702**<br><br>**Blatt, Hasenmiller, Leibsker & Moore LLC**<br>**125 S. Wacker Drive, Ste. 400**<br>**Chicago, IL 60606-4440** | | W | **Miscellaneous Purchases** | | X | | 870.69 |
| ACCOUNT NO.  **See Next Column**<br><br>**BMO Harris Bank**<br>**3225 Kirchoff Road**<br>**Rolling Meadows, IL 60008**<br><br>**Credit Management Services**<br>**6255 Sheridan Drive**<br>**Amherst, NY 14221**<br><br>**Transworld Systems Inc.**<br>**100 E. Kimberly Road**<br>**Davenport, IA 52806**<br><br>**Harris Bank Barrington NA**<br>**201 S. Grove Avenue**<br>**Barrington, IL 60010** | | J | **Miscellaneous (Loan, Overdrafts, Deficiencies)**<br>**3562573,**<br>**3620020733,**<br>**70410006986,**<br>**01473-0009377578,**<br>**9801063254** | | X | | 13,847.32 |

Sheet no. _3_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $    **16,107.63**

Total  ▸  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck**　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　　　Debtors　　　　　　　　　　　　　　　　(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | J | **Miscellaneous Purchases** 4862 3625 7570 3023, 17682351, 4121 7425 3322 4740, 4862 3625 7570 3585, 22757987, 957489897, 070220038 | | X | | 2,358.22 |
| **Capital One** PO Box 30285 Salt Lake City, UT 84130-0285 **Firstsource Advantage LLC** 205 Bryant Woods South Amhearst, NY 14228 **NCO Financial Systems, Inc.** 4740 Baxter Road Virginia Beach, VA 23462 **Capital One** PO Box 30281 Salt Lake City, UT 84130 **Capital Management Services LP** 726 Exchange Street, Ste. 700 Buffalo, NY 14210 **Alliance One Receivables Management Inc.** 4850 Street Road, Ste. 300 Trevose, PA 19053 | | | | | | | |
| ACCOUNT NO. | | J | **Overdraft** | | X | | 707.31 |
| **Castle Bank** 355 South Division Street Harvard, IL 60033 | | | | | | | |

Sheet no.  4  of  24  continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ＞ $　　　　**3,065.53**

Total  ＞ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck    Jennifer A. Vierck** _____  Case No. _____
                                             **Debtors**                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **3035625732013** | | W | | | X | | 295.00 |
| **Check 'N Go** **128 South State St.** **Belvidere, IL 61008** **National Check Bureau Inc.** **Legal Dept.** **11802 Conrey Road** **Cincinnati, OH 45249** **Check 'N Go** **7755 Montgomery Road, Suite 400** **Cincinnati, OH 45236** | | | Loan | | | | |

Sheet no. _5_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | **295.00**

Total ➤ | $ |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck    Jennifer A. Vierck** _____    Case No. _____
                                    Debtors                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | W | | | X | | 4,241.09 |
| **CitiBank** PO Box 6248 Sioux Falls, SD 57117-6248 | | | Miscellaneous Purchases **4128 0032 5875 8203,** _____ **4128 0022 0325 1058 B, 76340050-11** | | | | |
| **FMS Services** PO Box 681535 Schaumburg, IL 60168 | | | | | | | |
| **Pinnacle Credit Services** 7900 Minnesota 7 Minneapolis, MN 55426 | | | | | | | |
| **First National Collection Bureau, Inc.** 610 Waltham Way Sparks, NV 89434 | | | | | | | |
| **Jefferson Capital Systems** 16 McLeland Rd. St. Cloud, MN 56303 | | | | | | | |
| **Law Offices of Mitchell N. Kay** PO Box 2374 Chicago, IL 60690-2374 | | | | | | | |
| **Asset Acceptance** PO Box 2036 Warren, MI 48090-2036 | | | | | | | |
| **Freedman Anselmo Lindberg & Rappe LLC** POBox 3228 Naperville, IL 60566-7228 | | | | | | | |

Sheet no.  6  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **4,241.09**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck**_____          Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | J | | | X | | 1,549.16 |
| **Comcast** **2508 W. Route 120** **McHenry, IL 60051-4712** **Comcast** **4450 Kishwaukee St.** **Rockford, IL 61109-2944** | | | **Utilities** **8798 10 036 0162082,** **8771103390040667** | | | | |
| ACCOUNT NO.   **2580261, 2905437052** | | J | | | X | | 1,265.23 |
| **ComEd** **PO Box 6111** **Carol Stream, IL 60197-6111** **Harvard Collection Services, Inc.** **4839 N. Elston Avenue** **Chicago, IL 60630-2534** | | | **Utilities** | | | | |
| ACCOUNT NO.   **49898** | | J | | | X | | 98.15 |
| **Dental Experts LLC** **dba Dental Dreams LLC** **6215 E. State Street** **Rockford, IL 61108** | | | **Dental Services** | | | | |
| ACCOUNT NO.   **13515** | | J | | | X | | 128.00 |
| **Family Optical Centre, Inc.** **304 N. State Street** **Belvidere, IL 61008** **Account Recovery Services, Inc.** **PO Box 2526** **Loves Park, IL 61132** | | | **Optical Services** | | | | |

Sheet no. _7_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤ $          **3,040.54**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck** _____  Case No. _____
                                                    **Debtors**                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **7714 0010 3506 0052** <br><br> **H&R Block Bank** <br> **PO Box 124** <br> **Sioux Falls,SD 57117-7235** <br><br><br> **H&R Block** <br> **PO Box 10170** <br> **Kansas City, MO 64171** <br><br> **H&R Block** <br> **PO Box 7235** <br> **Sioux Falls, SD 57117** | | H | **Miscellaneous Purchases** | | X | | 802.71 |
| ACCOUNT NO.  **87041000005** <br><br> **Harvard Community Credit Union** <br> **1200 S. Division Street** <br> **Harvard, IL 60033** <br><br><br> **CU Recovery LSC** <br> **26263 Forest Boulevard** <br> **Wyoming, MN 55092** | | J | **Repossession Deficiency** <br> **2000 Oldsmobile Silhouette** | | X | | 8,929.71 |
| ACCOUNT NO.  **See Next Column** <br><br> **Harvard Family Health Center** <br> **PO Box 808** <br> **Harvard, IL 60033** <br><br><br> **Dependon Collection Service, Inc.** <br> **PO Box 6074** <br> **River Forest, IL 60305-6074** | | J | **Medical Services** <br> **207084-155371-040,** <br> **EGGJE000** | | X | | 397.00 |

Sheet no.  8 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **10,129.42**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck** _____

Case No. _____

Debtors

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **H-VIEGE000** <br><br> **Harvard Fire Protection District** <br> **502 S. Eastern Street** <br> **PO Box 263** <br> **Harvard, IL 60033-0263** <br><br> **C.W. Services** <br> **1500 W. Lincoln Avenue** <br> **Rochelle, IL 61068-1895** | | H | Services | | X | | 250.00 |
| ACCOUNT NO. <br><br> **Harvard Memorial Hospital** <br> **901 Grant Street** <br> **Harvard, IL 60033** <br><br> **Creditors' Protection Service Inc.** <br> **202 W. State Street** <br> **PO Box 4115** <br> **Rockford, IL 61110-0615** | | J | Medical Services | | X | X | 4,237.00 |
| ACCOUNT NO.  **4989739** <br><br> **Herff Jones** <br> **901 N. First Street** <br> **DeKalb, IL 60115** | | W | Class Ring | | X | | 382.44 |
| ACCOUNT NO.  **VIERKE, VIERJE** <br><br> **Hicksgas LLC** <br> **6418 Logan Avenue** <br> **Belvidere, IL 61008** <br><br> **Hicksgas Belvidere, Inc.** <br> **6418 Logan Avenue** <br> **Belvidere, IL 61008** | | J | Water Softener Rental | | X | | 91.20 |

Sheet no. _9_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 4,960.64

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck**                                Case No. _____
                                                                                                    (If known)

**Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **6035 3203 0529 8497** | X | J | | | X | | 4,819.70 |
| **Home Depot Credit Services** **PO Box 653000** **Dallas, TX 75265-3000** | | | Miscellaneous Purchases | | | | |
| ACCOUNT NO.   **5491 1000 1895 5636** | | J | | | X | | 843.86 |
| **HSBC Bank** **PO Box 5253** **Carol Stream, IL 60197** **HSBC Card Services** **PO Box 81622** **Salinas, CA 93912-1622** | | | Miscellaneous Purchases | | | | |
| ACCOUNT NO.   **IPS26691692** | | J | | | X | | 3.60 |
| **Illinois Patholgist Services LLC** **PO Box 9846** **Peoria, IL 61612** | | | Medical Services | | | | |
| ACCOUNT NO. | | J | | | X | | 1,356.69 |
| **Jim and Jean Eggebrecht** **4214 Ravine Drive** **Crystal Lake, IL 60012** | | | Loan | | | | |

Sheet no. _10_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **7,023.85**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck** _____     Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **286** <br> **John Laftsidis DDS** <br> **10886 Route 47** <br> **Huntley, IL 60142** | | J | **Dental Services** | | X | | 361.50 |
| ACCOUNT NO. <br> **John Maquire** <br> **c/o Attorney Joel Berg** <br> **105 1/2 E. Sumner Street** <br> **Harvard, IL 60033** | | J | **Judgment (Status Uncertain)** | | | | 0.00 |
| ACCOUNT NO.  **0301-INO-017345** <br> **Lifetouch Preschool Portraits** <br> **957 Springhill Avenue** <br> **Mobile, AL 36604** | | W | **Photos** | | X | | 179.85 |
| ACCOUNT NO.  **U2734-6601** <br> **Local 839, Des Plaines, IL** <br> **2500 W. Higgins Road, Ste. 1035** <br> **Hoffman Estates, IL 60169** <br><br> **Chicago Regional Council of Carpenters** <br> **12 E. Erie St.** <br> **Chicago, IL 60611-2796** | | H | **Dues** | | X | | 192.00 |

Sheet no.  11  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➢  $       **733.35**

Total    ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Gene R. Vierck    Jennifer A. Vierck**                          Case No. _____
                          **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **1063595118** | | W | | | X | | 186.14 |
| **LTD Commodities LLC**<br>**PO Box 1306**<br>**Northbrook, IL 60065-1306**<br><br><br>**Retrieval-Masters Creditors Bureau**<br>**2269 S. Saw Mill River Road**<br>**Building 3**<br>**Elmsford, NY 15023** | | | Miscellaneous Purchases | | | | |
| ACCOUNT NO.  **See Next Column** | | W | | | X | | 355.00 |
| **McHenry County State's Attorney**<br>**Bad Check Restitution Program**<br>**60 W. Terra Cotta Ave., #B PMB 241**<br>**Crystal Lake, IL 60014-3536** | | | NSF Check<br>Trumps<br>MHR 4034-37,<br>MHR 4034-02 | | | | |

Sheet no. _12_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $            **541.14**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Gene R. Vierck    Jennifer A. Vierck**                                    Case No. _____
                                    **Debtors**                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3GA37656, xxxxx240903** | | J | | | X | | 88.96 |
| **MCI** PO Box 17890 Denver, CO 80217-0890 | | | **Telephone Services** | | | | |
| **Verizon** PO Box 6000 Hayden, ID 83835 | | | | | | | |
| **BMO Harris Bank** PO Box 94032 Palatine, IL 60094-4032 | | | | | | | |
| **GC Services** 6330 Gulfton Houston, TX 77081-1198 | | | | | | | |
| **MCI** PO Box 4450 Bridgeton, MO 63044 | | | | | | | |
| ACCOUNT NO.   **A0303800064** | | J | | | X | | 110.75 |
| **Memorial Medical Center** PO Box 1990 Woodstock, IL 60098 | | | **Medical Services** | | | | |
| **Centegra Health Systems** 3701 Doty Road Woodstock, IL 60098 | | | | | | | |
| ACCOUNT NO.   **MNI903038000647** | | J | | | X | | 262.00 |
| **Morraine Emergency Physicians** PO Box 8759 Philadelphia, PA 19101-8759 | | | **Medical Services** | | | | |

Sheet no. _13_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 461.71

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck    Jennifer A. Vierck** _____     Case No. _____
                                        **Debtors**                                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **1159**<br><br>**Mulford Medical LLC**<br>**PO Box 957**<br>**Rockford, IL 61105**<br><br><br>**Creditors Protection Service**<br>**202 W. State Street, Ste 300**<br>**Rockford, IL 61101** | | J | **Medical Services** | | X | | 80.00 |
| ACCOUNT NO.    **See Next Column**<br><br>**Nicor Gas**<br>**PO Box 2020**<br>**Aurora, IL 60507-2020**<br><br>**ER Solutions Inc.**<br>**800 SW 39th Street**<br>**PO Box 9004**<br>**Renton, WA 98057**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL 60507-8350** | | J | **Utilities**<br>**709310,**<br>**R-6862156,**<br>**7424724394,**<br>**74247248219** | | X | | 779.31 |
| ACCOUNT NO.    **01011-00103**<br><br>**Northern Illinois Medical Center**<br>**PO Box 1447**<br>**Woodstock, IL 60098** | | J | **Medical Services** | | X | | 1,886.25 |

Sheet no. _14_ of _24_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ＞ $                    **2,745.56**

Total ＞ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re __Gene R. Vierck___Jennifer A. Vierck_____          Case No. _____
                                              **Debtors**                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | J | | | X | | 8,033.00 |
| **OSF St. Anthony Medical Center 5510 E. State Street Rockford, IL 61108-2381** <br><br> **Rockford Mercantile Agency, Inc. 2502 S. Alpine Road Rockford, IL 61108** <br><br> **OSF Saint Anthony Medical Center 5666 E. State St. Rockford, IL 61108-2472** | | | Medical Services 6552751, Jj6961, Jj6960, 3763450, X45592, X45593, S22507, X37622, 21323906, Ay9640, Cc6903 | | | | |
| ACCOUNT NO. | | J | | | X | | 600.00 |
| **Peter David Michling 101 N Throop St Woodstock, IL 60098-3248** | | | Legal Services | | | | |
| ACCOUNT NO.   **314544, 221381, 2419-09** | | J | | | X | | 809.00 |
| **Physicians Immediate Care Attn:  Billing Service Center 8103 Burden Road Machesney Park, IL 61115** <br><br> **Attorney Nancy Mindrup One Court Place, Ste. 101 Rockford, IL 61101** <br><br> **Creditors Protection Service 206 W. State Street Rockford, IL 61101-1112** | | | Medical Services (Possibly Satisfied Claim) | | | | |

Sheet no. _15_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ▷  $ 9,442.00

Total  ▷  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Gene R. Vierck   Jennifer A. Vierck**  _____   Case No. _____
                                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | H | **Miscellaneous Purchases** CS1A73732730109, 4809 7501 0160 6957 | | X | | 2,156.24 |
| **Plains Commerce Bank** 220 Main St. PO Box 7 Hoven, SD 57450 **Bank of Hoven** PO Box 5217 Sioux Falls, SD 57117-5217 **The Credit Store, Inc.** PO Box 5235 Sioux Falls, SD 57117-5235 **Montgomery Ward** c/o Swiss Colony 1112 7th Avenue Monroe, WI 53566-1364 **Arrow Financial Services LLC** 5996 W. Touhy Avenue Niles, IL 60714-4610 | | | | | | | |
| ACCOUNT NO.    **See Next Column** | | J | **Medical Services** Cc6903, RRA 159205, X37622 | | X | | 99.70 |
| **Rockford Radiology** 2400 N Rockton Ave Rockford, IL 61103 **Rockford Mercantile Agency, Inc.** 2502 S. Alpine Road Rockford, IL 61108 | | | | | | | |

Sheet no. _16_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal    ➤  $                    **2,255.94**

Total    ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck** _____     Case No. _____
                                    **Debtors**                                          **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **91621165470008200** <br><br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes-Barre, PA 18773-9500** | | W | **Student Loan** | | X | | **15,144.71** |
| ACCOUNT NO.  **130841118** <br><br> **Security Finance** <br> **131 N. State Street** <br> **Belvidere, IL 61008** <br><br><br> **Security Finance** <br> **PO Box 3146** <br> **Spartanburg, SC 29304** | | W | **Loan** | | X | | **1,071.00** |
| ACCOUNT NO.  **117071118** <br><br> **Security Finance** <br> **PO Box 3146** <br> **Spartanburg, SC 29304** | | H | **Loan** | | X | | **265.00** |
| ACCOUNT NO. <br><br> **Springleaf Financial** <br> **fka American General Finance** <br> **4005 W Kane Ave, Ste. M** <br> **McHenry, IL 60050-6305** <br><br> **FMS Services** <br> **PO Box 681535** <br> **Schaumburg, IL 60168** <br><br> **Pinnacle Credit Servies** <br> **7900 Minnestoa 7** <br> **Minneapolis, MN 55426** | | H | **Loan** | | X | | **8,576.78** |

Sheet no.  17  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $   **25,057.49**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck    Jennifer A. Vierck**                          Case No. _____
                        Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **See Next Column** | | W | | | X | | 1,141.19 |
| **Sprint** PO Box 8077 London, KY 40742 | | | **Cellular Services** 980831669, 028319465-01, 0018826642, 1028319465 | | | | |
| **AFNI, Inc.** 404 Brock Drive PO Box 3517 Bloomington, IL 61702-3517 | | | | | | | |
| **Retrieval Masters Creditors Bureau, Inc.** 2269 S. Saw Mill River Road Building 3 Elmsford, NY 15023 | | | | | | | |
| **Progressive Management Systems** 1521 W. Cameron Avenue PO Box 2220 West Covina, CA 91793-9917 | | | | | | | |
| **Enhanced Recovery Company LLC** 8014 Bayberry Road Jacksonville, FL 32256-7412 | | | | | | | |
| **AFNI, Inc.** PO Box 3097 Bloomington, IL 61702-3097 | | | | | | | |
| **RMS** 1000 Circle 75 Pkwy. Atlanta, GA 30339 | | | | | | | |

Sheet no.  18  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                    **1,141.19**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Gene R. Vierck    Jennifer A. Vierck**                                    Case No. _____

                                          **Debtors**                                                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    **241452437, E400804** | | W | | | X | | 754.00 |
| **Stratford Career Institute** **PO Box 875** **Champlain, NY 12917-0875** | | | Tuition | | | | |
| **USCB Corporation** **PO Box 75** **Archbald, PA 18403** | | | | | | | |

Sheet no.  19  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                                  **754.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck** _____   Case No. _____
_____
**Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | W | | | X | | 2,189.29 |
| **The Cash Store**<br>**427 S. State Street**<br>**Belvidere, IL 61008**<br><br><br>**Law Offices of Gerald E. Moore & Assoc**<br>**PO Box 724087**<br>**Atlanta, GA 31139**<br><br>**Cottonwood**<br>**1901 Gateway Drive, St.e 200**<br>**Irving, TX 75038**<br><br>**Worldwide Asset Purchasing LLC**<br>**702 King Farm Blvd., Ste 500**<br>**Rockville, MD 20850-5775**<br><br>**Galaxy Portfolios LLC**<br>**101 Convention Center Drive**<br>**Suite 700**<br>**Las Vegas, NV 89109**<br><br>**Total Card, Inc.**<br>**5109 S. Broadband Lane**<br>**Sioux Falls, SD 57108**<br><br>**Baker, Miller, Markoff & Krasny LLC**<br>**29 N. Wacker Drive, #5**<br>**Chicago, IL 60606-3221** | | | **Loan**<br>**305-1981171,**<br>**305-2044809,**<br>**305-2444759,**<br>**305-2509520,**<br>**1571016,**<br>**05-15826-0** | | | | |

Sheet no. _20_ of _24_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                    **2,189.29**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck** _____   Case No. _____
**Debtors**   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | W | | | X | | 821.66 |
| **The Edge Fitness Center**<br>**305 Southtowne Dr**<br>**Belvidere, IL 61008**<br><br>**Continental Credit Assn., Inc.**<br>**PO Box 16665**<br>**Portland, OR 97292**<br><br>**Motionsoft**<br>**PO Box 72609**<br>**Baltimore, MD 21237-8609**<br><br>**Continental Credit Association, Inc.**<br>**PO Box 16670**<br>**Portland, OR 97292**<br><br>**Conexion LLC**<br>**23 Fontana Ln., Ste. 111**<br>**Baltimore, MD 21237** | | | **Membership**<br>**074830,**<br>**301613,**<br>**442-757-074830-11,**<br>**IFC757** | | | | |
| ACCOUNT NO. | | H | | | X | | 2,179.00 |
| **The Law Office of John W. Gaffney**<br>**60 North Ayer Street**<br>**Harvard, IL 60033** | | | **Legal Services** | | | | |

Sheet no. __21__ of __24__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > $ **3,000.66**

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck**                              Case No. _____
_____
                                    **Debtors**                                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **See Next Column** | | H | **Cellular Services 750232850, 10326990, R-58367755, AUU422** | | X | | 1,445.08 |
| **T-Mobile Bankruptcy Team** **PO Box 53410** **Bellevue, WA 98015-53410** **Sunrise Credit Services, Inc.** **PO Box 9100** **Farmingdale, NY 11735-9100** **ER Solutions Inc.** **800 SW 39th Street** **PO Box 9004** **Renton, WA 98057** **CCB Credit Services, Inc.** **PO Box 272** **Springfield, IL 62705-0272** **T-Mobile** **PO Box 629025** **El Dorado Hills, CA 95762** | | | | | | | |
| ACCOUNT NO.   **070416** | | H | **Services** | | X | | 261.00 |
| **TruGreen ChemLawn** **5667 Sandy Hollow Road** **Rockford, IL 61109-2780** | | | | | | | |

Sheet no.  22  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $ **1,706.08**

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck**                    Case No. _____
                    **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **See Next Column**<br><br>**UPS**<br>**PO Box 650580**<br>**Dallas, TX 75265-0580**<br><br>**UPS**<br>**PO Box 25084**<br>**Lehigh Valley, PA 18002** | | W | **Shipping Services**<br>**0000Y2E613178,**<br>**0000Y2E613218** | | X | | 29.89 |
| ACCOUNT NO.  **100650**<br><br>**Victor F. Barresi DDS LLC**<br>**973 N. Featherstone Road, Ste. 102**<br>**Rockford, IL 61107** | | J | **Dental Services** | | X | | 470.40 |
| ACCOUNT NO.  **880527937**<br><br>**Victoria's Secret**<br>**WFNNB**<br>**PO Box 182789**<br>**Columbus, OH 43218-2789**<br><br>**World Financial Network Bank**<br>**PO Box 182125**<br>**Columbus, OH 43218-2125** | | W | **Miscellaneous Purchases** | | X | | 345.92 |
| ACCOUNT NO.  **S22507, 101656**<br><br>**Video Goldmine**<br>**126 S. State Street**<br>**Belvidere, IL 61008**<br><br>**Rockford Mercantile Agency, Inc.**<br>**2502 S. Alpine Road**<br>**Rockford, IL 61108** | | W | **Rentals** | | X | | 141.74 |

Sheet no.  23  of  24  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                987.95

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Gene R. Vierck   Jennifer A. Vierck** _____   Case No. _____

Debtors                                                                   (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **BWO-0002, VIE001** |  | W |  |  | X |  | 183.15 |
| **We "r" Water** dba J & L Pools, dba Pitt's Water Care **700 W. Rte. 120 McHenry, IL 60050** **Certified Services Inc. PO Box 177 1733 Washington Street, Ste. 201 Waukegan, IL 60079-0177** **R & S Distributors, Inc. 4567 Prime Parkway McHenry, IL 60050** **R&S Distributors, Inc. 4120 W. Orleans Street McHenry, IL 60050-3972** |  |  | Services |  |  |  |  |
| ACCOUNT NO.  **1057133** |  | J |  |  | X |  | 84.66 |
| **Wonder Lake State Bank 7526 Hancock Dr. Wonder Lake, IL 60097** |  |  | Overdraft |  |  |  |  |
| ACCOUNT NO.  **395VIE546190** |  | J |  |  | X |  | 277.40 |
| **Woosuk S. Yoon MD c/o PBO, Inc. 6785 Weaver Road, Ste. D Rockford, IL 61114** **Rockford Eye and Laser Center c/o Professional Billing 6785 Weaver Road, Ste. D Rockford, IL 61114** |  |  | Medical Services |  |  |  |  |

Sheet no.  24 of 24 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤  $                           **545.21**

Total ➤  $                    **104,745.09**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re:  **Gene R. Vierck    Jennifer A. Vierck** _____,    Case No. _____
                                                        **Debtors**                                              **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Gene R. Vierck    Jennifer A. Vierck**                          Case No. _____
                                                    _____
                                                    **Debtors**                                              **(If known)**

# SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dorothy Vierck**<br>**353 Marengo Road**<br>**Harvard, IL 60033** | **Home Depot Credit Services**<br>**PO Box 653000**<br>**Dallas, TX 75265-3000** |

B6I (Official Form 6I) (12/07)

| In re | Gene R. Vierck Jennifer A. Vierck | | Case No. | |
|---|---|---|---|---|
| | Debtors | | | (If known) |

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | **Son** | **10** |
| | **Daughter** | **10** |
| | **Daughter** | **19** |
| | **Daughter** | **19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Clerk/Audit and Tax Preparer** |
| Name of Employer | | **Staybridge/WWS Inns** |
| How long employed | | |
| Address of Employer | | **633 N Bell School Road**<br>**Rockford, IL 61108**<br><br>**WWS Inns, Inc.**<br>**dba Holiday Inn**<br>**7550 E. State Street**<br>**Rockford, IL 61108** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ 0.00 | $ 1,214.03 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 1,214.03 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 325.00 | $ 184.87 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other (Specify) | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 325.00 | $ 184.87 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ -325.00 | $ 1,029.16 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 285.60 |
| 11. Social security or other government assistance (Specify) **Unemployment Compensation** | $ 2,179.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify) | $ 0.00 | $ 0.00 |

**B6I (Official Form 6I) (12/07) - Cont.**

**In re**  **Gene R. Vierck Jennifer A. Vierck** _____    **Case No.** _____

Debtors                                                                                                **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| | | |
|---|---|---|
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $    2,179.00 | $    285.60 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $    1,854.00 | $    1,314.76 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,168.76 | |

(Report also on Summary of Schedules and, if applicable, on<br>Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE** _____

_____

B6J (Official Form 6J) (12/07)

In re **Gene R. Vierck Jennifer A. Vierck** _____,   Case No. _____

_____**Debtors**_____   _____(If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 853.55 |
| a. Are real estate taxes included?    Yes  ✓    No | | |
| b. Is property insurance included?    Yes _____   No  ✓ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 500.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 0.00 |
| d. Other **Telephone, Cable and Internet Package** | $ | 212.00 |
| **Trash Removal** | $ | 17.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 50.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 89.00 |
| b. Life | $ | 46.71 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 70.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other **Union Dues** | $ | 32.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   | $   3,120.26 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

**Transportation expenses increase substantially if Debtor is employed.  Through February 2012, the Debtors are making an additional monthly payment of $550.00, not reflected above, payable to their mortgage lender pursuant to a Forbearance Agreement.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 15 of Schedule I | $ | 3,168.76 |
| b. Average monthly expenses from Line 18 above | $ | 3,120.26 |
| c. Monthly net income (a. minus b.) | $ | 48.50 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Western Division

In re  **Gene R. Vierck   Jennifer A. Vierck**

Debtors

Case No. _____

Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $  0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $  69.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $  0.00 |
| Student Loan Obligations (from Schedule F) | $  15,144.71 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $  0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $  0.00 |
| TOTAL | $  15,213.71 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $  3,168.76 |
| Average Expenses (from Schedule J, Line 18) | $  3,120.26 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $  2,593.90 |

## United States Bankruptcy Court
## Northern District of Illinois
### Western Division

In re  **Gene R. Vierck    Jennifer A. Vierck**

Debtors

Case No. _____

Chapter **7** _____

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $   **0.00** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $   **69.00** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $   **0.00** |
| 4. Total from Schedule F | | $   **104,745.09** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $   **104,745.09** |

**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court

## Northern District of Illinois

## Western Division

In re  **Gene R. Vierck    Jennifer A. Vierck** _____,      Case No. _____

_____ Debtors

Chapter    **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       105.000.00 | | |
| B - Personal Property | YES | 3 | $        26.134.80 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $       101.099.35 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $            69.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 25 | | $       104.745.09 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 2 | | | $        3.168.76 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $        3.120.26 |
| TOTAL | | 38 | $     131,134.80 | $     205,913.44 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Gene R. Vierck    Jennifer A. Vierck**                          Case No. _____
                                                                                (If known)
                            **Debtors**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **40** _____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **11/7/2011** _____        Signature:  **s/ Gene R. Vierck** _____
                                                       **Gene R. Vierck**
                                                                        Debtor

Date:  **11/7/2011** _____        Signature:  **s/ Jennifer A. Vierck** _____
                                                       **Jennifer A. Vierck**
                                                                (Joint Debtor, if any)

                                            [If joint case, both spouses must sign]

_____
*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

B7 (Official Form 7) (4/10)

## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Western Division

In re:  **Gene R. Vierck   Jennifer A. Vierck**                            ,          Case No.  _____

                                                      Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 21,065.35 | **Husband's Wages**<br>**Robert Borg Construction Co**<br>**1500 Hicks Road, Ste. 100**<br>**Rolling Meadows, IL 60008** | **2009** |
| 7,211.58 | **Wife's Wages**<br>**H&R Block Enterprises LLC**<br>**One H&R Block Way**<br>**Kansas City, MO 64105** | **2009** |
| 7,330.15 | **Wife's Wages**<br>**H&R Block Enterprises LLC**<br>**One H&R Block Way**<br>**Kansas City, MO 64105** | **2010** |
| 27,417.57 | **Husband's Wages**<br>**Robert Borg Construction Co**<br>**1500 Hicks Road, Ste. 100**<br>**Rolling Meadows, IL 60008** | **2010** |
| 598.97 | **Wife's Wages**<br>**Tim Calabrese Inc.** | **2011** |
| 1,642.96 | **Wife's Wages**<br>**WWS Inns Inc.**<br>**dba Holiday Inn**<br>**7550 E. State Street**<br>**Rockford, IL 61108** | **2011 YTD** |
| 1,809.81 | **Wife's Wages**<br>**Staybridge Suites**<br>**633 N. Bell School Road**<br>**Rockford, IL 61108** | **2011 YTD** |
| 7,436.18 | **Wife's Wages**<br>**H&R Block Enterprises LLC**<br>**One H&R Block Way**<br>**Kansas City, MO 64105** | **2011 YTD** |

## 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **18,491.00** | **Husband's Unemployment**<br>**Illinois Department of Employment Security**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** | **2009** |
| **6,289.00** | **Wife's Unemployment**<br>**Illinois Department of Employment Security**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** | **2009** |
| 943.83 | **Husband's Pension, IRA Distribution**<br>**Mercer Trust Company**<br>**PO Box 9754**<br>**Providence, RI 02940-9754** | **2010** |
| 16,509.00 | **Husband's Unemployment**<br>**Illinois Department of Employment Security**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** | **2010** |
| 6,499.00 | **Wife's Unemployment**<br>**Illinois Department of Employment Security**<br>**PO Box 802551**<br>**Chicago, IL 60680-2551** | **2010** |
| 2,227.00 | **Wife's Unemployment** | **2011 YTD** |
| 5,013.00 | **Husband's Unemployment** | **2011 YTD** |

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☑

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF<br>CREDITOR | DATES OF<br>PAYMENTS | AMOUNT<br>PAID | AMOUNT<br>STILL OWING |
|---|---|---|---|

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **David P. Allison, Jr. vs. Jennifer Eggebrecht** **1994FA261** | **Paternity** | **Circuit Court for the 22nd Judicial Circuit, McHenry County, IL** | **Post-Decree** |
| **Harris NA** **vs.** **Gene R. Vierck and Jennifer A. Vierck** **11CH8** | **Foreclosure** | **Circuit Court of Boone County 601 N. Main Street Belvidere, IL 61008** | **Off Call, Forebearance Pending** |
| **Creditors Protection Service Inc.** **vs.** **Jennifer Vierck & Gene Vierck** **2010SC238** | **Collection** | **Circuit Court of Winnebago County 400 W. State Street Rockford, IL 61101** | **Judgment Satisfied** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.   Assignments and receiverships

None
☑

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☑

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.   Gifts

None
☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Salvation Army<br>616 Whitney Blvd.<br>Belvidere, IL 61008** | **None** | | **Miscellaneous Items<br>$500.00** |

### 8.   Losses

None
☐

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **Miscellaneous Jewelry<br>$1000.00** | **Theft** | |

5

## 9.  Payments related to debt counseling or bankruptcy

None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for
❑      consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within
       **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Henry Repay**<br>**930 W. Locust  Street**<br>**Belvidere, IL 61008-4226** | **2/1/2011** | **$1000.00 Filing Fee and Partial Atorney Fees** |
| **National Financial Literacy Foundation**<br>**555 Winderley Place**<br>**Maitland, FL  32751** | **10/31/11** | **Prefiling Credit Counseling** |

## 10.  Other transfers

None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the
☑      debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case.
       (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint
       petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a
☑      self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Blackhawk Bank**<br>**2141 N. State Street**<br>**Belvidere, IL 61008** | **Checking Account 8727** | |
| **Harris Bank**<br>**728 Beloit Road**<br>**Belvidere, IL 61008** | **Checking Account 2753** | |
| **Harris Bank**<br>**728 Beloit Road**<br>**Belvidere, IL 61008** | **Checking Account 3254** | |
| **Harris Bank**<br>**728 Beloit Road**<br>**Belvidere, IL 61008** | **Checking Account 9176**<br>**(Joint Account with Daughter)** | **$23.00**<br>**1/2011** |
| **Harvard Credit Union** | **Checking Account 7041** | **$0.00** |

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16.  Spouses and Former Spouses

None

☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None

☑

a.     List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

b.     List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☑

c.     List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

### 18. Nature, location and name of business

None ☑    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None ☑    b.     Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

* * * * * *

*[if completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   <u>11/7/2011</u>        Signature of Debtor    <u>**s/ Gene R. Vierck**</u>
                                            **Gene R. Vierck**

Date   <u>11/7/2011</u>        Signature of Joint Debtor (if any)    <u>**s/ Jennifer A. Vierck**</u>
                                            **Jennifer A. Vierck**

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Western Division

In re _____ **Gene R. Vierck   Jennifer A. Vierck** _____,   Case No. _____
                          Debtors                                                    Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**BMO Harris Bank** | **Describe Property Securing Debt:**<br>**633 Union Avenue**<br>**Belvidere, IL 61008** |

Property will be *(check one)*:
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Debtors intend to continue payments.** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**BMO Harris Bank** | **Describe Property Securing Debt:**<br>**633 Union Avenue**<br>**Belvidere, IL 61008** |

Property will be *(check one)*:
- ☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☑ Other. Explain **Debtors intend to continue payments.** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt          ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

B 8 (Official Form 8) (12/08)                                                                                           Page 2

| Property No.  1 | | |
|---|---|---|
| **Lessor's Name:**<br><br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>❏ YES        ❏ NO |

_____0_____  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **11/7/2011**                                     **s/ Gene R. Vierck** _____
                                                        **Gene R. Vierck**
                                                        Signature of Debtor

                                                        **s/ Jennifer A. Vierck** _____
                                                        **Jennifer A. Vierck**
                                                        Signature of Joint Debtor (if any)

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Western Division

In re:   **Gene R. Vierck**              **Jennifer A. Vierck**                     Case No. _____

Debtors                                      Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **968.00** |
| Prior to the filing of this statement I have received | $ | **694.00** |
| Balance Due | $ | **274.00** |

2. The source of compensation paid to me was:

   ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor              ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a)   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
        a petition in bankruptcy;

   b)   Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c)   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d)   [Other provisions as needed]

        **Applicable to Post-Petition Chapter 7 Services:  $75.00 for each amendment to Schedules; $75.00 for preparation
        and filing of motion for court approval of reaffirmation agreement and attendance at hearing if required by the
        court; $200.00 per hour plus costs (when applicable) for all other representation.**

        **Representation does not include discharge or dischargeability proceedings, redemption proceedings, dismissal
        proceedings, reinstatement proceedings, judicial lien avoidances, post-petition amendments, relief from stay
        actions, adversary proceedings, attendance at continued meeting of creditors or preparation of motion to approve
        reaffirmation agreement.**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  <u>11/7/2011</u>

**s/ Henry Repay**
**Henry Repay, Bar No.  06199079**

**Law Offices of Henry Repay**
Attorney for Debtor(s)